KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno
and Michael Chaump*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES I through 10, inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: 3:19-cv-00693-MMD-CLB<br><br>Related Prior Case No.:<br>    3:17-cv-00574-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Catherine Castellanos, Lauren Courtney, Rachel Jasper, Brianna Morales, Victoria Rachet, Lily Stagner, Natalee Wells, Cecelia Whittle, and Maryann Rose Brooks, by and

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-1-

through their attorney Leah L. Jones, and Defendants City Of Reno and Michael Chaump, by and through their attorney, William J. McKean, hereby agree and stipulate to extend the due date for Defendants to file a responsive pleading to Plaintiffs' Complaint (ECF # 1) from December 30, 2019 to January 13, 2020.

The extension of this deadline is requested to accommodate the schedule of counsel for Defendants, and is not brought for any improper purpose or undue delay.

DATED this 20th day of December, 2019

By:_____
Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

DATED this 20th day of December, 2019

KARL HALL
Reno City Attorney

By: */s/ William J. McKean*
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for City of Reno and Michael Chaump*

## ORDER

IT IS SO ORDERED.

Dated this 23rd day of December, 2019

_____
United States Magistrate Judge