KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno
and Michael Chaump*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES I through 10, inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: 3:19-cv-00693-MMD-CLB<br><br>Related Prior Case No.:<br>    3:17-cv-00574-MMD-VPC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that William E. Cooper hereby notices his appearance as counsel for Defendants in the above-referenced matter. Please direct all notices and correspondence regarding this case to the attention of William E. Cooper, William J. McKean, and Chandeni K. Sendall.

DATED this 31st day of January, 2020.

KARL S. HALL
Reno City Attorney

By:   /s/ William E. Cooper
     WILLIAM E. COOPER
     Deputy City Attorney
     Nevada State Bar No. 2213
     WILLIAM J. McKEAN
     Deputy City Attorney
     Nevada State Bar No. 6740
     CHANDENI K. SENDALL
     Deputy City Attorney
     Nevada State Bar No. 12750
     Post Office Box 1900
     Reno, Nevada 89505
     *Attorneys for City of Reno and Michael Chaump*

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 5-1, I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving a **Notice of Appearance** on the party(s) set forth below by:

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____    Personal delivery.

  X       CM/ECF electronic service, addressed as follows:

> Mark R. Thierman, Esq.          *mark@thiermanbuck.com*
> Joshua D. Buck, Esq.            *josh@thiermanbuck.com*
> Leah L. Jones, Esq.             *leah@thiermanbuck.com*
> THIERMAN BUCK, LLP
> 7287 Lakeside Drive
> Reno, Nevada 89511
>
> *Attorneys for Plaintiffs*

_____    Facsimile (FAX).

_____    Federal Express or other overnight delivery.

_____    Reno/Carson Messenger Service.

DATED this 31st day of January, 2020.

By: /s/ Jeanette Sparks
    Jeanette Sparks
    Legal Assistant