KARL S. HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar No. 2213
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050

*Attorneys for Defendants City of Reno
and Michael Chaump*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES I through 10, inclusive, <br><br> Defendants. <br> _____ / | CASE NO.: 3:19-cv-00693-MMD-CLB <br><br> Related Prior Case No.: <br>       3:17-cv-00574-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PARTIAL SUMMARY ADJUDICATION (ECF NO. 27)** <br><br> **(FIRST REQUEST)** |

Plaintiffs, Catherine Castellanos, Lauren Courtney, Rachel Jasper, Brianna Morales, Victoria Rachet, Lily Stagner, Natalee Wells, Cecelia Whittle, and Maryann Rose Brooks, by and through their attorney, Mark R. Thierman, and Defendants City of Reno and Michael Chaump, by and through their attorney, Chandeni K. Sendall, hereby agree and stipulate to extend the due date for Defendants to file a responsive pleading to *Plaintiffs' Motion for Partial Summary Adjudication Declaring RMC 5.06.080(b) Void Pursuant to NRS 237.140* (ECF No. 27) from April 30, 2020, to no later than 30 days after the close of discovery (i.e., no later than January 4, 2021). Plaintiffs' reply memorandum shall be due no later than 14 days after Defendants file their opposition memorandum. Consistent with Fed. R. Civ. P. 56(d), the extension of this deadline is requested to allow for the Defendants to engage in relevant discovery, and is not brought for any improper purpose or undue delay.

DATED this __17th__ day of April, 2020

By: */s/ Mark R. Thierman*
Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

DATED this __17th__ day of April, 2020

KARL HALL
Reno City Attorney

By: */s/ Chandeni K. Sendall*
WILLIAM E. COOPER
Deputy City Attorney
WILLIAM J. McKEAN
Deputy City Attorney
CHANDENI K. SENDALL
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for Defendants City of Reno and Michael Chaump*

## ORDER

IT IS SO ORDERED.

Dated this _____ day of _____. 2020.

_____
UNITED STATES DISTRICT JUDGE