**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Reno City Attorney
Karl Hall
Assistant City Attorney
Jonathan Shipman, Nev. Bar No. 5778
Deputy City Attorney
William J. McKean, Nev. Bar No. 6740
Deputy City Attorney
Chandeni K. Sendall, Nev.
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
shipmanj@reno.gov
mckeanw@reno.gov
sendallc@reno.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' MOTION FOR FRCP 23 CLASS CERTIFICATION**<br><br>*FIRST REQUEST* |

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1 PLAINTIFFS CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES,

VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, by and through their counsel, Thierman Buck, LLP and DEFENDANTS, CITY OF RENO and MICHAEL CHAUMP, by and through their counsel, Reno City Attorney, hereby request that the Court grant the Partis' request for an extension of time for Plaintiffs to file their Motion for FRCP 23 Class Certification currently due on Monday February 1, 2021. Plaintiffs request a thirty (30) day extension up to Wednesday, March 3, 2021. Defendants shall file their opposition twenty-one (21) days after the filing of Plaintiffs' motion. Plaintiffs shall file their reply in support fourteen (14) days after the filing of Defendants' opposition.

This this the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

Dated: January 11, 2021

THIERMAN BUCK, LLP

*/s/ Mark R. Thierman*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: January 11, 2021

RENO CITY ATTORNEY

*/s/ William J. McKean*
Karl Hall
Jonathan Shipman, Nev. Bar No. 5778
William J. McKean, Nev. Bar No. 6740
Chandeni K. Sendall, Nev. Bar No. 12750
Post Office Box 1900
Reno, NV 89505
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this   12th   day of   January   2021.

_____
UNITED STATES DISTRICT JUDGE