KARL S. HALL
Reno City Attorney
WILLIAM J. McKEAN
Deputy City Attorney
Nevada State Bar No. 6740
CHANDENI K. SENDALL
Deputy City Attorney
Nevada State Bar No. 12750
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050

*Attorneys for Defendants City of Reno and Michael Chaump*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES I through 10, inclusive, <br><br> Defendants. | CASE NO.: 3:19-cv-00693-MMD-CLB <br><br> Related Prior Case No.: <br>     3:17-cv-00574-MMD-VPC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR CLASS CERTIFICATION (ECF NO. 49)** <br><br> **(FIRST REQUEST)** |

       Plaintiffs, Catherine Castellanos, Lauren Courtney, Rachel Jasper, Brianna Morales, Victoria Rachet, Lily Stagner, Natalee Wells, Cecelia Whittle, and Maryann Rose Brooks, by and

through their attorney, Mark R. Thierman, and Defendants City of Reno and Michael Chaump, by and through their attorney, William J. McKean, hereby agree and stipulate to extend the due date for Defendants to file a responsive pleading to *Plaintiffs' Motion for Class Certification Pursuant to Rule 23 of the Federal Rules of Civil Procedure* (ECF No. 49) from March 24, 2021, to April 14, 2021.  Plaintiffs' reply memorandum shall be due no later than 14 days after Defendants file their opposition memorandum.  Consistent with Fed. R. Civ. P. 56(d), the extension of this deadline will allow for the Defendants to respond to pending discovery, and is not brought for any improper purpose or undue delay.

DATED this 1st day of March, 2021

THIERMAN BUCK, LLP

By: /s/ Mark R. Thierman
Mark R. Thierman, Esq.
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiffs*

DATED this 1st day of March, 2021

KARL HALL
Reno City Attorney

By: /s/ William J. McKean
WILLIAM J. McKEAN
Deputy City Attorney
CHANDENI K. SENDALL
Deputy City Attorney
Post Office Box 1900
Reno, Nevada 89505

*Attorneys for Defendants City of Reno and Michael Chaump*

## ORDER

IT IS SO ORDERED.

Dated this  2nd  day of  March . 2021.

_____
UNITED STATES DISTRICT JUDGE