**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Reno City Attorney
Karl Hall
Assistant City Attorney
Jonathan Shipman, Nev. Bar No. 5778
Deputy City Attorney
William J. McKean, Nev. Bar No. 6740
Deputy City Attorney
Chandeni K. Sendall, Nev.
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
shipmanj@reno.gov
mckeanw@reno.gov
sendallc@reno.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS MOTION FOR CLASS CERTIFICATION**<br><br>***FIRST REQUEST*** |

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1 PLAINTIFFS CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, by and through their counsel, Thierman Buck, LLP and DEFENDANTS, CITY OF RENO and MICHAEL CHAUMP, by and through their counsel, Reno City Attorney, hereby request that the Court grant the Parties' request for an extension of time for Plaintiffs to file their Reply in Support of Plaintiffs Motion Class Certification currently due, Wednesday, April 28, 2021. Plaintiffs request a fourteen-day (14) extension up to Wednesday, May 12, 2021.

This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

| | |
|---|---|
| Dated: April 20, 2021 | Dated: April 20, 2021 |
| THIERMAN BUCK, LLP | RENO CITY ATTORNEY |
| */s/ Mark R. Thierman* | */s/ William J. McKean* |
| Mark R. Thierman, Nev. Bar No. 8285 | Karl Hall |
| Joshua D. Buck, Nev. Bar No. 12187 | Jonathan Shipman, Nev. Bar No. 5778 |
| Leah L. Jones, Nev. Bar No. 13161 | William J. McKean, Nev. Bar No. 6740 |
| 7287 Lakeside Drive | Chandeni K. Sendall, Nev. Bar No. 12750 |
| Reno, Nevada 89511 | Post Office Box 1900 |
| *Attorneys for Plaintiffs* | Reno, NV 89505 |
| | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  20th  day of April            , 2021.

_____
UNITED STATES DISTRICT JUDGE

- 2 -
**STIPULATION TO EXTEND TIME FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS MOTION FOR CLASS CERTIFICATION**

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com