**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Karl Hall
Reno City Attorney
William J. McKean, Nev. Bar No. 6740
Deputy City Attorney
Chandeni K. Sendall, Nev. Bar No. 12750
Deputy City Attorney
Post Office Box 1900
Reno, NV 89505
Tel: (775) 334-2050
mckeanw@reno.gov
sendallc@reno.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB<br><br>**STIPULATION FOR ENLARGMENT OF TIME FOR BRIEFING AND [PROPOSED] ORDER THEREON**<br><br>***FIRST REQUEST*** |

Pursuant to Local Rule ("LR") IA 6-1 PLAINTIFFS' CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE

BROOKS, by and through their counsel, Thierman Buck, LLP and DEFENDANTS, CITY OF RENO and MICHAEL CHAUMP, by and through their counsel, Reno City Attorney, (collectively, "the Parties") hereby request, stipulate, and agree to extend the time for the Paties to file briefing as set forth below.

1. Plaintiffs' Reply in Support of Preliminary Injunction, currently due 1/27/2022 shall be extended fourteen (14) days to **Monday February 7, 2022**.

2. Defendants Opposition to Plaintiffs Motion for Partial Summary Adjudication (ECF 62) currently due on 1/28/2022 shall be extended fourteen (14) days to **Friday, February 11, 2022**. Plaintiffs' Reply in Support of Partial Summary Adjudication shall be due fourteen (14) calendar days after the filing of Defendant's opposition.

This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

Dated:
THIERMAN BUCK, LLP

*/s/ Mark R. Thierman*
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated:
RENO CITY ATTORNEY

*/s/ William J. McKean*
Karl Hall
Jonathan Shipman, Nev. Bar No. 5778
William J. McKean, Nev. Bar No. 6740
Chandeni K. Sendall, Nev. Bar No. 12750
Post Office Box 1900
Reno, NV 89505
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this 25th day of January 2022

_____
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO EXTEND TIME FOR ENLARGEMENT OF TIME**