**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Reno City Attorney
Karl Hall
Deputy City Attorney
Chandeni K. Sendall, Nev. Bar No. 12750
sendallc@reno.gov
Deputy City Attorney
Holly S. Parker, Nev. Bar No. 10181
parkerh@reno.gov
Post Office Box 1900
Reno, NV 89505
(775) 334-2050

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, on behalf of herself and all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB <br><br> **STIPULATION FOR ENLARGEMENT OF TIME AND [PROPOSED] ORDER THEREON** <br><br> *FIRST REQUEST* |

1  Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1 PLAINTIFFS CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, by and through their counsel, Thierman Buck, LLP and DEFENDANTS CITY OF RENO and MICHAEL CHAUMP, by and through their counsel, Reno City Attorney, hereby request that the Court grant the Parties' request for an extension of time for Plaintiffs to file their Opposition to Defendants' Motion for Partial Summary Judgment (ECF No. 86, filed February 28, 2023) and for Defendants to file their Opposition to Plaintiffs' Motion for Declaratory Relief and Partial Summary Judgment (ECF No. 85, filed February 28, 2023), both currently due Tuesday, March 21, 2023. The Parties each request a twenty-one (21) day extension up to and including Tuesday, April 11, 2023.

This is the Parties' first request for an extension of time. This extension is requested due to the complexity of the legal and factual issues raised by the motions, such that additional time is needed to research the issues and respond in a manner that is most helpful to the Court. This extension is also requested to accommodate the schedule of counsel for Plaintiffs. This request is not intended for delay and is made in good faith.

| Dated: March 17, 2023 | Dated: March 17, 2023 |
|---|---|
| THIERMAN BUCK, LLP | RENO CITY ATTORNEY |
| */s/ Mark R. Thierman* | */s/ Chandeni K. Sendall* |
| Mark R. Thierman, Nev. Bar No. 8285 | Karl Hall |
| Joshua D. Buck, Nev. Bar No. 12187 | Chandeni K. Sendall, Nev. Bar No. 12750 |
| Leah L. Jones, Nev. Bar No. 13161 | Holly S. Parker, Nev. Bar No. 10180 |
| 7287 Lakeside Drive | Post Office Box 1900 |
| Reno, Nevada 89511 | Reno, NV 89505 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

///
///
///
///

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info@thiermanbuck.com; www.thiermanbuck.com

# ORDER

**IT IS SO ORDERED.**

Dated this __17th__ day of __March__, __2023__.

_____
UNITED STATES DISTRICT JUDGE