| | |
|---|---|
| **THIERMAN BUCK, LLP** | **CITY OF RENO** |
| Mark R. Thierman, Nev. Bar No. 8285 | Reno City Attorney |
| Joshua D. Buck, Nev. Bar No. 12187 | Karl Hall |
| Leah L. Jones, Nev. Bar No. 13161 | Deputy City Attorney |
| 7287 Lakeside Drive | Chandeni K. Sendall, Nev. Bar No. 12750 |
| Reno, Nevada 89511 | sendallc@reno.gov |
| Tel. (775) 284-1500 | Deputy City Attorney |
| Fax. (775) 703-5027 | Holly S. Parker, Nev. Bar No. 10181 |
| mark@thiermanbuck.com | parkerh@reno.gov |
| josh@thiermanbuck.com | Post Office Box 1900 |
| leah@thiermanbuck.com | Reno, NV 89505 |
| | (775) 334-2050 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE and MARYANN ROSE BROOKS, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>　　Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB<br><br>**STIPULATION FOR ENLARGEMENT OF TIME AND ORDER THEREON**<br><br>***FIRST REQUEST*** |

Pursuant to Local Rules ("LR") IA 6-1, IA 6-2, and LR 7-1 PLAINTIFFS CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, BRIANNA MORALES, VICTORIA RACHET, LILY STAGNER, NATALEE WELLS, CECELIA WHITTLE, and MARYANN ROSE BROOKS, by and through their counsel, Thierman Buck, LLP and DEFENDANTS, CITY OF RENO and MICHAEL CHAUMP, by and through their counsel, Reno City Attorney, hereby request that the Court grant the Parties' request for a fourteen-day (14) extension of time for Plaintiffs to file their Opposition to Defendants' Partial FRCP 12(b)(1) Motion to Dismiss with Prejudice (filed June 22, 2023), currently due, Thursday, July 6, 2023, making the new opposition deadline July 20, 2023. The Parties also request that Defendants be granted a fourteen-day (14) extension of time to file their Reply in support of their Partial FRCP 12(b)(1) Motion to Dismiss with Prejudice, up to and including August 3, 2023.

This is the Parties' first request for an extension of time. This extension is requested due to the complexity of the legal and factual issues raised by the motion, such that additional time is needed to research the issue and respond in a manner that is most helpful to the Court. This request is not intended for delay and is made in good faith.

| | |
|---|---|
| Dated: July 5, 2023 | Dated: July 5, 2023 |
| THIERMAN BUCK, LLP | RENO CITY ATTORNEY |
| /s/ Mark R. Thierman | /s/ Chandeni K. Sendall |
| Mark R. Thierman, Nev. Bar No. 8285 | Karl Hall |
| Joshua D. Buck, Nev. Bar No. 12187 | Chandeni K. Sendall, Nev. Bar No. 12750 |
| Leah L. Jones, Nev. Bar No. 13161 | Holly K Parker, Nev. Bar No. 10181 |
| 7287 Lakeside Drive | Post Office Box 1900 |
| Reno, Nevada 89511 | Reno, NV 89505 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED.**

Dated this ___6TH___ day of ___July___, 2023.

_____
UNITED STATES DISTRICT JUDGE