UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CATHERINE CASTELLANOS; et al.,<br><br>         Plaintiffs - Appellants,<br><br>  v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the City of Reno,<br><br>         Defendants - Appellees. | No. 23-15692<br><br>D.C. No. 3:19-cv-00693-MMD-CLB<br>U.S. District Court for Nevada, Reno<br><br>**MANDATE** |

The judgment of this Court, entered November 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT