AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, VICTORIA RACHET, LILY STAGNER, on behalf of themselves and all others similarly situated,

          Plaintiff,

v.

CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,

          Defendants.

JUDGMENT

Case Number:  3:19-cv-00693-MMD-CLB

__X__   **Decision by Court.**   This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** in accordance with Notice of Acceptance with Offer of Judgment (ECF No. 109) filed February 16, 2024, judgment is hereby entered accordingly as to Plaintiff Victoria Rachet.



Date: February 20, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk