**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs*

**CITY OF RENO**
Reno City Attorney
Karl Hall
Deputy City Attorney
Chandeni K. Sendall, Nev. Bar No. 12750
Deputy City Attorney
Holly S. Parker, Nev. Bar No. 10181
Post Office Box 1900
Reno, NV 89505
Tel. (775) 334-2050
sendallc@reno.gov
parkerh@reno.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE CASTELLANOS, LAUREN COURTNEY, RACHAEL JASPER, VICTORIA RACHET, and LILY STAGNER,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF RENO and MICHAEL CHAUMP, in his official capacity as Business Relations Manager of Community Development and Business Licenses for the CITY OF RENO and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | Case No.: 3:19-CV-0693-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO VACATE CLERK'S JUDGMENTS** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs Catherine Castellanos, Lauren Courtney, Rachael Jasper, Victoria Rachet, and Lily Stagner (collectively "Plaintiffs"), by and through their counsel, Thierman Buck, LLP and Defendants City of Reno and Michael Chaump ("City

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AND TO VACATE CLERK'S JUDGMENTS**

Defendants"), by and through their counsel, Reno City Attorney, hereby agree that all claims for relief against City Defendants contained in the Complaint be dismissed, with prejudice, with each party to bear its own attorney's fees and costs. Pursuant to the Plaintiffs' acceptance of the terms of the Offers of Judgment (attached to the Notices of Acceptance of the Offers of Judgment, ECF Nos. 106-109 and 115), the parties have agreed to dismissal with prejudice of all Plaintiffs' claims against City Defendants in lieu of judgment being entered against the City. Accordingly, along with dismissal of all Plaintiffs' claims against City Defendants with prejudice, the parties request that the judgments against City Defendants entered as ECF Nos. 110-113 be vacated.

This dismissal is not an admission of liability by City Defendants nor an admission that Plaintiffs have suffered any damages.

Dated: March 5th, 2024

THIERMAN BUCK, LLP

/s/ Mark R. Thierman
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
*Attorneys for Plaintiffs*

Dated: March 5th, 2024

RENO CITY ATTORNEY

/s/ Chandeni K. Sendall
Karl Hall
Chandeni K. Sendall, Nev. Bar No. 12750
Holly S. Parker, Nev. Bar No. 10181
Post Office Box 1900
Reno, Nevada 89505
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
AND TO VACATE CLERK'S JUDGMENTS