AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CATHERINE CASTELLANOS, LAUREN
COURTNEY, RACHAEL JASPER,
VICTORIA RACHET, LILY STAGNER, on
behalf of themselves and all others similarly
situated,

                Plaintiff,

v.

CITY OF RENO and MICHAEL CHAUMP,
in his official capacity as Business Relations
Manager of Community Development and
Business Licenses for the CITY OF RENO
and DOES 1 through 10, inclusive,

                Defendants.

JUDGMENT

Case Number:  3:19-cv-00693-MMD-CLB

**_X_**    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** in accordance with Notice of Acceptance with Offer of Judgment (ECF No. 115) filed March 4, 2024, judgment is hereby entered accordingly as to Plaintiff Lauren Courtney.



CLERK OF COURT

Date: __March 6, 2024__

_____
*Signature of Clerk or Deputy Clerk*